**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:16-BK-36642-HSP |
| | § | |
| IMG8 LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/17/2016. The undersigned trustee was appointed on 11/17/2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                    $42,818.27

      Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $66.86 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $42,751.41 |

      The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 08/11/2017 and the deadline for filing government claims was 05/16/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,031.83.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,031.83, for a total compensation of $5,031.83[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $286.16, for total expenses of $286.16.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/29/2018          By:   /s/ Deborah K. Ebner
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No:   1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No.: | 16-36642-HSP | Trustee Name: | Deborah K. Ebner |
| Case Name: | IMG8 LLC | Date Filed (f) or Converted (c): | 11/17/2016 (f) |
| For the Period Ending: | 8/29/2018 | §341(a) Meeting Date: | 12/14/2016 |
| | | Claims Bar Date: | 08/11/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Checking Account at Bank of America, xxxxxx2283 | $25.00 | $25.00 | | $0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $58757. Doubtful/Uncollectible accounts = $58757. | $58,757.00 | $58,757.00 | | $0.00 | FA |
| 3 | Raw Materials: Liquid Gel, 2016-06-15, Net Book Value: 1500, Valuation Method: Liquidation | $700.00 | $700.00 | | $0.00 | FA |
| 4 | Raw Materials: Scanner Chassis, 2016-06-15, Net Book Value: 53530, Valuation Method: Liquidation | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 5 | Finished goods: Finished shoe insoles, 2016-06-15, Net Book Value: 147446, Valuation Method: Liquidation | $50,000.00 | $50,000.00 | | $40,000.00 | FA |
| 6 | Finished goods: Finished scanners, 2016-06-15, Net Book Value: 65600, Valuation Method: Liquidation | $500.00 | $500.00 | | $0.00 | FA |
| 7 | Other inventory or supplies: Packaging boxes, 2016-06-15, Net Book Value: 25920, Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Misc computers, software, communication equipment and printers. Valuation Method: Liquidation | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | 3 Injection molds. Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 10 | www.icustom.com. Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Custom developed foot scanning software. Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Glen Hinshaw - Breach of fiduciary responsibility damages are undetermined, . Amount Requested: $0 | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Intelligent Mobility - Breach of fiduciary responsibility damages are undetermined, . Amount Requested: $0 | $0.00 | $0.00 | | $0.00 | FA |
| 14 | abandoned funds - Walmart  (u) | $0.00 | $2,818.27 | | $2,818.27 | FA |

**FORM 1**

Page No:    2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 16-36642-HSP | |
| **Case Name:** | IMG8 LLC | |
| **For the Period Ending:** | 8/29/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Deborah K. Ebner | |
| **Date Filed (f) or Converted (c):** | 11/17/2016 (f) | |
| **§341(a) Meeting Date:** | 12/14/2016 | |
| **Claims Bar Date:** | 08/11/2017 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $112,982.00 | $115,800.27 | | $42,818.27 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/19/2018 | accountant to prepare taxes; then case is ready for closing |
| 05/21/2018 | formal withdrawal of claim #7 per settlement agreement |
| 04/06/2018 | Trustee filed MT Sell property free and clear of potentially all assets and approval of settlement of claim #7 |
| 08/31/2017 | Trustee filed MT Sell property free and clear |
| 06/30/2017 | continued 341 meeting convened at office. Thereafter, Trustee received formal settlement offer from principal. Trustee is in process of ascertaining whether that offer should be presented to court as stalking horse bid. |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | /s/ DEBORAH K. EBNER |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2020 | DEBORAH K. EBNER |

FORM 2                                                    Page No: 1            Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-36642-HSP | |
| **Case Name:** | IMG8 LLC | |
| **Primary Taxpayer ID #:** | **-***8891 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/17/2016 | |
| **For Period Ending:** | 8/29/2018 | |

| | |
|---|---|
| **Trustee Name:** | Deborah K. Ebner |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/25/2018 | (5) | William J. Factor, IOLTA | see EOD 5/3/18 - Settlement approved | 1129-000 | $40,000.00 | | $40,000.00 |
| 06/04/2018 | (14) | D.Ebner, Trustee | Funds originated from Walmart but inadvertently deposited into the estate of Guy Nickson when should have been deposited into Estate of IMG8. This check deposit is correcting the error. | 1229-000 | $2,818.27 | | $42,818.27 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $66.86 | $42,751.41 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $42,818.27 | $66.86 | $42,751.41 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $42,818.27 | $66.86 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $42,818.27 | $66.86 | |

| For the period of 11/17/2016 to 8/29/2018 | | For the entire history of the account between 05/25/2018 to 8/29/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,818.27 | Total Compensable Receipts: | $42,818.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,818.27 | Total Comp/Non Comp Receipts: | $42,818.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $66.86 | Total Compensable Disbursements: | $66.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66.86 | Total Comp/Non Comp Disbursements: | $66.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                                                            Page No: 2        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-36642-HSP | | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|---|
| Case Name: | IMG8 LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8891 | | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/17/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/29/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | | **TOTAL - ALL ACCOUNTS** | | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|---|---|
| | | | | $42,818.27 | $66.86 | $42,751.41 |

| For the period of 11/17/2016 to 8/29/2018 | | For the entire history of the case between 11/17/2016 to 8/29/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,818.27 | Total Compensable Receipts: | $42,818.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,818.27 | Total Comp/Non Comp Receipts: | $42,818.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $66.86 | Total Compensable Disbursements: | $66.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66.86 | Total Comp/Non Comp Disbursements: | $66.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | | 16-36642-HSP | | | | | | **Trustee Name:** | | Deborah K. Ebner | |
| **Case Name:** | | IMG8 LLC | | | | | | **Date:** | | 8/29/2018 | |
| **Claims Bar Date:** | | 08/11/2017 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBORAH K. EBNER<br><br>P.O. Box 929<br>Glenview IL 60025 | 11/03/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,031.83 | $5,031.83 | $0.00 | $0.00 | $0.00 | $5,031.83 |
| TE | DEBORAH EBNER<br><br>11 East Adams Street<br>Suite 904<br>Chicago IL 60603 | 12/12/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $286.16 | $286.16 | $0.00 | $0.00 | $0.00 | $286.16 |
| ADMIN | LOIS WEST<br><br>35 E. Wacker Dr.<br>Suite 690<br>Chicago IL 60601 | 08/09/2018 | Accountant for Trustee Fees (Trustee Firm) | Allowed | 3310-000 | $0.00 | $1,828.50 | $1,828.50 | $0.00 | $0.00 | $0.00 | $1,828.50 |
| ADMIN | WILLIAM J FACTOR<br><br>105 W Madison St<br>Suite 1500<br>Chicago IL 60602 | 06/03/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $768.98 | $768.98 | $0.00 | $0.00 | $0.00 | $768.98 |
| ADMIN | WILLIAM J FACTOR<br><br>105 W Madison St<br>Suite 1500<br>Chicago IL 60602 | 06/03/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| 7 | INTELLIGENT MOBILITY PTE. LTD.<br><br>Suite 901, 9th Floor, 1 Elm Street<br>Tai Kok Tsui, Kowloon<br>Hong Kong S.A.R. | 08/09/2017 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $175,820.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Withdrawal of Claim Nos. 7 (Intelligent Mobility Pte. Ltd.) (Entered: 05/21/2018)

CLAIM ANALYSIS REPORT                                                      Page No: 2          Exhibit C

| Case No. | 16-36642-HSP | | | | | | | | | Trustee Name: | Deborah K. Ebner | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | IMG8 LLC | | | | | | | | | Date: | 8/29/2018 | |
| Claims Bar Date: | 08/11/2017 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4P | INTERNAL REVENUE SERVICE PO Box 7346 Philadelphia PA 19101-7346 | 06/07/2017 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,700.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 |
| 5-1 | CALIFORNIA FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO Box 2952 Sacramento CA 95812-2952 | 06/29/2017 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $4,240.85 | $4,240.85 | $0.00 | $0.00 | $0.00 | $4,240.85 |
| 6 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO Box 2952 Sacramento CA 95812 | 07/05/2017 | Claims of Governmental Units | Amended | 5800-000 | $0.00 | $858.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO Box 2952 Sacramento CA 95812 | 07/05/2017 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,771.34 | $1,771.34 | $0.00 | $0.00 | $0.00 | $1,771.34 |
| 1 | FEDEX CORPORATE SERVICES INC 3965 Airways Blvd Module G 3rd Floor Memphis TN 38116 | 01/17/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,262.45 | $11,475.67 | $11,475.67 | $0.00 | $0.00 | $0.00 | $11,475.67 |
| 2 | WAL-MART STORES INC CHARLES B HENDRICKS 900 Jackson St Suite 570 Dallas TX 75202 | 03/24/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,804.14 | $11,804.14 | $0.00 | $0.00 | $0.00 | $11,804.14 |
| 3 | LIVENTUS INC 3400 Dundee Road Ste 180 Northbrook IL 60062 | 06/02/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $95,312.19 | $95,312.19 | $95,312.19 | $0.00 | $0.00 | $0.00 | $95,312.19 |

CLAIM ANALYSIS REPORT                                                   Page No: 3        Exhibit C

| Case No. | 16-36642-HSP | | | | | | Trustee Name: | | Deborah K. Ebner | | | |
| Case Name: | IMG8 LLC | | | | | | Date: | | 8/29/2018 | | | |
| Claims Bar Date: | 08/11/2017 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4U | INTERNAL REVENUE SERVICE  PO Box 7346  Philadelphia PA | 06/07/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $691.02 | $691.02 | $0.00 | $0.00 | $0.00 | $691.02 |
| 5U | CALIFORNIA FRANCHISE TAX BOARD  Bankruptcy Section MS A340  PO Box 2952  Sacramento CA | 06/29/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $463.23 | $463.23 | $0.00 | $0.00 | $0.00 | $463.23 |
| 7a | INTELLIGENT MOBILITY PTE. LTD.  Suite 901, 9th Floor, 1 Elm Street  Tai Kok Tsui, Kowloon  Hong Kong S.A.R. | 08/09/2017 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $370,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Withdrawal of Claim Nos. 7 (Intelligent Mobility Pte. Ltd.) (Entered: 05/21/2018)

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | GELSIGHT, INC.  Micah K. Johnson  179 Bear Hill Rd, Suite 202  Waltham MA 02451 | 08/10/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $200,000.00 | $200,000.00 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 |
| 9 | DR'S OWN, INC.  5923 Farnsworth Ct  Carlsbad CA 92008 | 08/10/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,170,284.48 | $3,106,364.33 | $3,106,364.33 | $0.00 | $0.00 | $0.00 | $3,106,364.33 |

**Claim Notes:**    (9-2) Amended to correct name of Debtor.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | VOXELCARE, S.L.  Michael Lampert  Av de la Univ. Edif. Q3 UMH  Elche Alicante 03202  Spain | 08/10/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $97,498.37 | $97,498.37 | $97,498.37 | $0.00 | $0.00 | $0.00 | $97,498.37 |
| | | | | | | $4,110,915.21 | $3,564,236.61 | $0.00 | $0.00 | $0.00 | $0.00 | $3,564,236.61 |

CLAIM ANALYSIS REPORT                                                                    Page No: 4        Exhibit C

| | |
|---|---|
| **Case No.**   <u>16-36642-HSP</u> | **Trustee Name:**   <u>Deborah K. Ebner</u> |
| **Case Name:**   <u>IMG8 LLC</u> | **Date:**   <u>8/29/2018</u> |
| **Claims Bar Date:**   <u>08/11/2017</u> | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Trustee Firm) | $1,828.50 | $1,828.50 | $0.00 | $0.00 | $0.00 | $1,828.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $768.98 | $768.98 | $0.00 | $0.00 | $0.00 | $768.98 |
| Attorney for Trustee Fees (Trustee Firm) | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| Claims of Governmental Units | $8,570.79 | $7,712.19 | $0.00 | $0.00 | $0.00 | $7,712.19 |
| General Unsecured § 726(a)(2) | $3,893,608.95 | $3,523,608.95 | $0.00 | $0.00 | $0.00 | $3,523,608.95 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $175,820.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $5,031.83 | $5,031.83 | $0.00 | $0.00 | $0.00 | $5,031.83 |
| Trustee Expenses | $286.16 | $286.16 | $0.00 | $0.00 | $0.00 | $286.16 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       1:16-BK-36642-HSP
Case Name:    IMG8 LLC
Trustee Name:  Deborah K. Ebner

Balance on hand:              $42,751.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | Intelligent Mobility Pte. Ltd. | $175,820.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:              $0.00
Remaining balance:              $42,751.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Deborah K. Ebner, Trustee Fees | $5,031.83 | $0.00 | $5,031.83 |
| Deborah Ebner, Trustee Expenses | $286.16 | $0.00 | $286.16 |
| WILLIAM J FACTOR, Attorney for Trustee Fees | $25,000.00 | $0.00 | $25,000.00 |
| WILLIAM J FACTOR, Attorney for Trustee Expenses | $768.98 | $0.00 | $768.98 |
| Lois West, Accountant for Trustee Fees | $1,828.50 | $0.00 | $1,828.50 |

Total to be paid for chapter 7 administrative expenses:              $32,915.47
Remaining balance:              $9,835.94

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:              $0.00
Remaining balance:              $9,835.94

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,712.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Internal Revenue Service | $1,700.00 | $0.00 | $1,700.00 |
| 5-1 | California Franchise Tax Board | $4,240.85 | $0.00 | $4,240.85 |
| 6-2 | Franchise Tax Board | $1,771.34 | $0.00 | $1,771.34 |

Total to be paid to priority claims: $7,712.19
Remaining balance: $2,123.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,523,608.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FedEx Corporate Services Inc | $11,475.67 | $0.00 | $6.92 |
| 2 | Wal-Mart Stores IncCharles B Hendricks | $11,804.14 | $0.00 | $7.11 |
| 3 | Liventus Inc | $95,312.19 | $0.00 | $57.45 |
| 4U | Internal Revenue Service | $691.02 | $0.00 | $0.42 |
| 5U | California Franchise Tax Board | $463.23 | $0.00 | $0.28 |
| 8 | GelSight, Inc. | $200,000.00 | $0.00 | $120.54 |
| 9 | Dr's Own, Inc. | $3,106,364.33 | $0.00 | $1,872.27 |
| 10 | Voxelcare, S.L. | $97,498.37 | $0.00 | $58.76 |

Total to be paid to timely general unsecured claims: $2,123.75
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

**UST Form 101-7-TFR (5/1/2011)**

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)