## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| IMG8 LLC, | ) | Case No. 16-36642 |
| Debtor. | ) | Honorable Pamela S. Hollis |

## AMENDED CERTIFICATE OF SERVICE

TO:  ALL ECF REGISTRANTS LISTED ON THE ATTACHED SERVICE LIST; and by FIRST CLASS MAIL TO ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST

I, Deborah K. Ebner, an attorney, state and certify that, pursuant to Rule 2002(a) (6) and (f) (8), copies of the **NOTICE OF TRUSTEE'S FINAL REPORT AND FIRST AND FIRST AND FINAL APPLICATIONS OF TRUSTEE, LAW OFFICE OF WILLIAM J. FACTOR, AND LOIS WEST AND THE ACCOUNTING FIRM OF KUTCHINS ROBBINS AND DIAMOND, LTD FOR COMPENSATION AND EXPENSE REIMBURSEMENT, AND DEADLINE TO OBJECT (NFR)** set for hearing on **OCTOBER 4, 2018** at **10:30 A.M.**, before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 644 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, were mailed to the persons listed on the attached Service List, by depositing same in a U.S. Post Office Box the 31st day of August 2018, unless otherwise indicated.

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838

/s/Deborah K. Ebner

## SERVICE LIST

**Service by ECF through the Clerk of the Court:**

Joseph R Doyle joe@bizardoylelaw.com, jim@bizardoylelaw.com; nicole@bizardoylelaw.com; craig@bizardoylelaw.com

Ariane Holtschlag aholtschlag@wfactorlaw.com; bharlow@wfactorlaw.com; gsullivan@ecf.inforuptcy.com

Deborah Kanner Ebner dkebner@debnertrustee.com; IL53@ecfcbis.com; webmaster@debnertrustee.com; DKEbner@debnertrustee.com; admin.assistant@debnertrustee.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Sara E Lorber slorber@wfactorlaw.com; slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com

**Service by First Class Mail:**

IMG8 LLC
c/o Shaw Fishman Glantz & Towbin LLC
321 N. Clark St. #800
Chicago, IL 60654

California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Dr's Own, Inc.
5923 Farnsworth Ct
Carlsbad, CA 92008

FedEx Corporate Services Inc
3965 Airways Blvd
Module G 3rd Floor
Memphis TN 38116

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812

GelSight, Inc.
Micah K. Johnson
179 Bear Hill Rd, Suite 202
Waltham, MA 02451

Lois West
Kutchins Robbins & Diamond, Ltd.
35 East Wacker Drive Suite 690
Chicago, Illinois 60601
(This creditor notice mailed 9/1/18)

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60644-0338

Intelligent Mobility Pte. Ltd.
Suite 901, 9th Flr, 1 Elm Street
Tai Kok Tsui, Kowloon
Hong Kong S.A.R.

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Liventus Inc
3400 Dundee Road Ste 180
Northbrook, IL 60062

Voxelcare, S.L.
Michael Lampert
Av de la Univ. Edif. Q3 UMH
Elche Alicante 03202
Spain

Wal-Mart Stores Inc
Charles B Hendricks
900 Jackson St Suite 570
Dallas, TX 75202