**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:16-BK-36642-HSP |
| | § | |
| IMG8 LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $62,982.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $9,835.94 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $32,982.33 | | |

3) Total gross receipts of $42,818.27 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,818.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $175,820.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $32,982.33 | $32,982.33 | $32,982.33 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $8,570.79 | $7,712.19 | $7,712.19 |
| General Unsecured Claims (from **Exhibit 7**) | $2,575,357.49 | $3,893,608.95 | $3,523,608.95 | $2,123.75 |
| **Total Disbursements** | $2,575,357.49 | $4,110,982.07 | $3,564,303.47 | $42,818.27 |

4). This case was originally filed under chapter 7 on 11/17/2016. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2019                    By:    /s/ Deborah K. Ebner
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Finished goods: Finished shoe insoles, 2016-06-15, Net Book Value: 147446, Valuation Method: Liquidation | 1129-000 | $40,000.00 |
| abandoned funds - Walmart | 1229-000 | $2,818.27 |
| **TOTAL GROSS RECEIPTS** | | **$42,818.27** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Intelligent Mobility Pte. Ltd. | 4110-000 | $0.00 | $175,820.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$175,820.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | 2100-000 | NA | $5,031.83 | $5,031.83 | $5,031.83 |
| Deborah Ebner, Trustee | 2200-000 | NA | $286.16 | $286.16 | $286.16 |
| Green Bank | 2600-000 | NA | $66.86 | $66.86 | $66.86 |
| WILLIAM J FACTOR, Attorney for Trustee | 3110-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| WILLIAM J FACTOR, Attorney for Trustee | 3120-000 | NA | $768.98 | $768.98 | $768.98 |
| Lois West, Accountant for Trustee | 3310-000 | NA | $1,828.50 | $1,828.50 | $1,828.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$32,982.33** | **$32,982.33** | **$32,982.33** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service | 5800-000 | $0.00 | $1,700.00 | $1,700.00 | $1,700.00 |
| 5-1 | California Franchise Tax Board | 5800-000 | $0.00 | $4,240.85 | $4,240.85 | $4,240.85 |
| 6 | Franchise Tax Board | 5800-000 | $0.00 | $858.60 | $0.00 | $0.00 |
| 6-2 | Franchise Tax Board | 5800-000 | $0.00 | $1,771.34 | $1,771.34 | $1,771.34 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,570.79 | $7,712.19 | $7,712.19 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FedEx Corporate Services Inc | 7100-000 | $12,262.45 | $11,475.67 | $11,475.67 | $6.92 |
| 2 | Wal-Mart Stores IncCharles B Hendricks | 7100-000 | $0.00 | $11,804.14 | $11,804.14 | $7.11 |
| 3 | Liventus Inc | 7100-000 | $95,312.19 | $95,312.19 | $95,312.19 | $57.45 |
| 4U | Internal Revenue Service | 7100-000 | $0.00 | $691.02 | $691.02 | $0.42 |
| 5U | California Franchise Tax Board | 7100-000 | $0.00 | $463.23 | $463.23 | $0.28 |
| 7a | Intelligent Mobility Pte. Ltd. | 7100-000 | $0.00 | $370,000.00 | $0.00 | $0.00 |
| 8 | GelSight, Inc. | 7100-000 | $200,000.00 | $200,000.00 | $200,000.00 | $120.54 |
| 9 | Dr's Own, Inc. | 7100-000 | $2,170,284.48 | $3,106,364.33 | $3,106,364.33 | $1,872.27 |
| 10 | Voxelcare, S.L. | 7100-000 | $97,498.37 | $97,498.37 | $97,498.37 | $58.76 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,575,357.49 | $3,893,608.95 | $3,523,608.95 | $2,123.75 |

FORM 1

Page No.: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 16-36642-HSP | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | IMG8 LLC | | Date Filed (f) or Converted (c): | 11/17/2016 (f) |
| For the Period Ending: | 1/3/2019 | | §341(a) Meeting Date: | 12/14/2016 |
| | | | Claims Bar Date: | 08/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Checking Account at Bank of America, xxxxxx2283 | $25.00 | $25.00 | | $0.00 | FA |
| 2 A/R 90 days old or less. Face amount = $58757. Doubtful/Uncollectible accounts = $58757. | $58,757.00 | $58,757.00 | | $0.00 | FA |
| 3 Raw Materials: Liquid Gel, 2016-06-15, Net Book Value: 1500, Valuation Method: Liquidation | $700.00 | $700.00 | | $0.00 | FA |
| 4 Raw Materials: Scanner Chassis, 2016-06-15, Net Book Value: 53530, Valuation Method: Liquidation | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 5 Finished goods: Finished shoe insoles, 2016-06-15, Net Book Value: 147446, Valuation Method: Liquidation | $50,000.00 | $50,000.00 | | $40,000.00 | FA |
| 6 Finished goods: Finished scanners, 2016-06-15, Net Book Value: 65600, Valuation Method: Liquidation | $500.00 | $500.00 | | $0.00 | FA |
| 7 Other inventory or supplies: Packaging boxes, 2016-06-15, Net Book Value: 25920, Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 8 Misc computers, software, communication equipment and printers. Valuation Method: Liquidation | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 3 Injection molds. Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 10 www.icustom.com. Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 11 Custom developed foot scanning software. Valuation Method: Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 12 Glen Hinshaw - Breach of fiduciary responsibility damages are undetermined, . Amount Requested: $0 | $0.00 | $0.00 | | $0.00 | FA |
| 13 Intelligent Mobility - Breach of fiduciary responsibility damages are undetermined, . Amount Requested: $0 | $0.00 | $0.00 | | $0.00 | FA |
| 14 abandoned funds - Walmart (u) | $0.00 | $2,818.27 | | $2,818.27 | FA |

FORM 1

Page No.: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No.: | 16-36642-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | IMG8 LLC | Date Filed (f) or Converted (c): | 11/17/2016 (f) |
| For the Period Ending: | 1/3/2019 | §341(a) Meeting Date: | 12/14/2016 |
| | | Claims Bar Date: | 08/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

                   $112,982.00          $115,800.27                           $42,818.27         $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/19/2018 | accountant to prepare taxes; then case is ready for closing |
| 05/21/2018 | formal withdrawal of claim #7 per settlement agreement |
| 04/06/2018 | Trustee filed MT Sell property free and clear of potentially all assets and approval of settlement of claim #7 |
| 08/31/2017 | Trustee filed MT Sell property free and clear |
| 06/30/2017 | continued 341 meeting convened at office. Thereafter, Trustee received formal settlement offer from principal. Trustee is in process of ascertaining whether that offer should be presented to court as stalking horse bid. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | /s/ DEBORAH K. EBNER | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2020 | DEBORAH K. EBNER | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 16-36642-HSP | | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- | --- |
| Case Name: | IMG8 LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8891 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/17/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 05/25/2018 | (5) | William J. Factor, IOLTA | see EOD 5/3/18 - Settlement approved | 1129-000 | $40,000.00 | | $40,000.00 |
| 06/04/2018 | (14) | D.Ebner, Trustee | Funds originated from Walmart but inadvertently deposited into the estate of Guy Nickson when should have been deposited into Estate of IMG8. This check deposit is correcting the error. | 1229-000 | $2,818.27 | | $42,818.27 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $66.86 | $42,751.41 |
| 10/04/2018 | 3001 | Deborah K. Ebner | | 2100-000 | | $5,031.83 | $37,719.58 |
| 10/04/2018 | 3002 | Deborah K. Ebner | | 2100-000 | | $5,031.83 | $32,687.75 |
| 10/04/2018 | 3002 | VOID: Deborah K. Ebner | | 2100-003 | | ($5,031.83) | $37,719.58 |
| 10/04/2018 | 3003 | Deborah Ebner | per order | 2200-000 | | $286.16 | $37,433.42 |
| 10/04/2018 | 3004 | WILLIAM J FACTOR | per order | 3110-000 | | $25,000.00 | $12,433.42 |
| 10/04/2018 | 3005 | WILLIAM J FACTOR | per order | 3120-000 | | $768.98 | $11,664.44 |
| 10/04/2018 | 3006 | Lois West | per order | 3310-000 | | $1,828.50 | $9,835.94 |
| 10/04/2018 | 3007 | Internal Revenue Service | | 5800-000 | | $1,700.00 | $8,135.94 |
| 10/04/2018 | 3008 | California Franchise Tax Board | | 5800-000 | | $4,240.85 | $3,895.09 |
| 10/04/2018 | 3009 | Franchise Tax Board | | 5800-000 | | $1,771.34 | $2,123.75 |
| 10/04/2018 | 3010 | FedEx Corporate Services Inc | | 7100-000 | | $6.92 | $2,116.83 |
| 10/04/2018 | 3011 | Wal-Mart Stores IncCharles B Hendricks | | 7100-000 | | $7.11 | $2,109.72 |
| 10/04/2018 | 3012 | Liventus Inc | | 7100-000 | | $57.45 | $2,052.27 |
| 10/04/2018 | 3013 | Internal Revenue Service | | 7100-000 | | $0.42 | $2,051.85 |
| 10/04/2018 | 3014 | California Franchise Tax Board | | 7100-000 | | $0.28 | $2,051.57 |
| 10/04/2018 | 3015 | GelSight, Inc. | | 7100-000 | | $120.54 | $1,931.03 |
| 10/04/2018 | 3016 | Dr's Own, Inc. | | 7100-000 | | $1,872.27 | $58.76 |
| 10/04/2018 | 3017 | Voxelcare, S.L. | | 7100-000 | | $58.76 | $0.00 |

**SUBTOTALS** $42,818.27    $42,818.27

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-36642-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | IMG8 LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8891 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/17/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $42,818.27 | $42,818.27 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $42,818.27 | $42,818.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $42,818.27 | $42,818.27 | |

**For the period of 11/17/2016 to 1/3/2019**

| | |
|---|---|
| Total Compensable Receipts: | $42,818.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,818.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42,818.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,818.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/25/2018 to 1/3/2019**

| | |
|---|---|
| Total Compensable Receipts: | $42,818.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,818.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42,818.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,818.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 3                                    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-36642-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | IMG8 LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8891 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/17/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $42,818.27 | $42,818.27 | $0.00 |

**For the period of 11/17/2016 to 1/3/2019**

| | |
|---|---|
| Total Compensable Receipts: | $42,818.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,818.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42,818.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,818.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/17/2016 to 1/3/2019**

| | |
|---|---|
| Total Compensable Receipts: | $42,818.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,818.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42,818.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,818.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER